Rachel E. Kaufman (CSB# 259353)
rachel@kaufmanpa.com
KAUFMAN P.A.
400 NW 26th Street
Miami, FL 33127
Telephone: (305) 469-5881

Attorney for Plaintiff and all others similarly situated

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW PETTIS, individually, JOHN WYSKIDA, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HEALTH IQ INSURANCE SERVICES, INC., a Delaware corporation,<br><br>Defendant. | NO. 3:20-cv-08190-EMC<br><br>**NOTICE OF SETTLEMENT** |

Plaintiff Andrew Pettis and Plaintiff John Wyskida give notice that the parties have reached a settlement in principal. The parties anticipate filing a Notice for Dismissal of the action with prejudice as to the Plaintiff's individual claims within 30 days. The parties request that all pending dates and filing requirements as to the parties be vacated and that the Court set a deadline, thirty days from the present date for filing a dismissal of the action.

Respectfully Submitted,

Dated: February 19, 2021      By: /s/ *Rachel E. Kaufman*
Rachel E. Kaufman
rachel@kaufmanpa.com
KAUFMAN P.A.
400 NW 26th Street
Miami, FL 33127
Telephone: (305) 469-5881
*Attorney for Plaintiffs and the putative Class*