Rachel E. Kaufman (CSB# 259353)
rachel@kaufmanpa.com
KAUFMAN P.A.
400 NW 26th Street
Miami, FL 33127
Telephone: (305) 469-5881

Attorney for Plaintiff and all others similarly situated

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW PETTIS, individually, JOHN WYSKIDA, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HEALTH IQ INSURANCE SERVICES, INC., a Delaware corporation,<br><br>Defendant. | NO. 3:20-cv-08190-EMC<br><br>**NOTICE OF DISMISSAL** |

Plaintiff Andrew Pettis and Plaintiff John Wyskida give notice of the dismissal of this action with prejudice as to Plaintiff's individual claims and without prejudice as to any other member of the putative class's right to bring claims, with each party to bear its own attorneys' fees and costs.

Respectfully Submitted,

Dated: April 29, 2021

By: /s/ *Rachel E. Kaufman*
Rachel E. Kaufman
rachel@kaufmanpa.com
KAUFMAN P.A.
400 NW 26th Street
Miami, FL 33127
Telephone: (305) 469-5881
*Attorney for Plaintiffs and the putative Class*